Rick A. Steinberg, Esq.
**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel: (201) 391-3737
Fax: (201) 391-9360
RSteinberg@pricemeese.com

Attorneys for Plaintiff,
Mediterranean Shipping Company (USA) Inc.
as agent for MSC Mediterranean Shipping Company S.A.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MEDITERRANEAN SHIPPING COMPANY (U.S.A.) INC. AS AGENT FOR MSC MEDITERRANEAN SHIPPING COMPANY S.A.,** | : : : : | Civil Action No. 1:24-cv-02292-JGLC |
| Plaintiff, | : : | |
| v. | : : | |
| **ROYAL HALO LLC,** | : : | **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | : : | |

TO:   Royal Halo LLC
c/o Registered Agent, Incorp Services Inc.
919 North Market Street, Suite 950
Wilmington, DE 19801

PLEASE TAKE NOTICE that Plaintiff, Mediterranean Shipping Company (USA) Inc. as agent for MSC Mediterranean Shipping Company S.A. ("Plaintiff" of "MSC"), through its counsel, Price Meese Shulman & D'Arminio, P.C., shall move before the Honorable Jessica G. L. Clarke, U.S.D.J., at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York,

1

NY 10007-1312, for an Order for Default Judgment against Defendant, Royal Halo LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 55 and SDNY Local Civil Rule 55.2.

PLEASE TAKE FURTHER NOTICE that in support of the Motion for Default Judgment, Plaintiff will rely upon the Declaration of Counsel in Support of Default Judgment with its exhibits.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested if opposition is filed.

Dated: Woodcliff Lake, NJ
April 25, 2024

        PRICE MEESE SHULMAN & D'ARMINIO, P.C.
        Attorneys for Plaintiff,
        Mediterranean Shipping Company (USA) Inc.
        as agent for MSC Mediterranean Shipping Company S.A.

By: /s/ Rick A. Steinberg
     Rick A. Steinberg