| Account Name | Account # | Invoice # | BL |
|---|---|---|---|
| Royal Halo LLC | MEDUL6990229 | UACMEDUL6990229 | MEDUL6990229 |
| Royal Halo LLC | MEDUL6990245 | UACMEDUL6990245 | MEDUL6990245 |
| Royal Halo LLC | MEDUL6990260 | UACMEDUL6990260 | MEDUL6990260 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Invoice Date | Balance Due |
|---|---|
| 31-May-23 | $61,622.21 |
| 01-Jun-23 | $60,124.21 |
| 01-Jun-23 | $61,657.21 |
| | $183,403.63 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |