UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDITERRANEAN SHIPPING COMPANY (U.S.A.) INC. AS AGENT FOR MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

                Plaintiff,

-against-

ROYAL HALO LLC,

                Defendant.

24-CV-2292 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff filed a Complaint in this action on March 27, 2024 and filed proof of service of the Summons and Complaint on April 23, 2024. ECF Nos. 1 and 7. On April 25, 2024, the Clerk of Court issued a Certificate of Default and Plaintiff moved for a default judgment. ECF Nos. 11 and 12.

On May 22, 2024, Defendant Royal Halo LLC filed an Answer to the Complaint and appears to be proceeding *pro se*. ECF No. 16. A corporate entity, however, may appear in federal court only through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Accordingly, the Court grants Defendant **30 days** to retain counsel. By **July 3, 2024**, Defendant's counsel shall file a notice of appearance. If counsel fails to appear on behalf of Defendant, default judgment may be entered against it. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

Plaintiff is ORDERED to serve Defendant with a copy of this Order by **June 5, 2024** and file proof of such service on the docket no later **June 6, 2024**.

Dated: June 3, 2024
      New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*
                                      JESSICA G. L. CLARKE
                                      United States District Judge