UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING COMPANY (USA) INC. AS AGENT FOR MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

           Plaintiff,

-against-

ROYAL HALO LLC,

           Defendant.

24-CV-2292 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On April 25, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 12.

On May 9, 2024, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than May 27, 2024 as to why an order should not be issued granting a default judgment against Defendant. ECF No. 14. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendant.

The Court refers the case to Magistrate Judge Willis for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 12.

        SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                            JESSICA G. L. CLARKE
                                            United States District Judge