# PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
ATTORNEYS AT LAW

WWW.PRICEMEESE.COM

| | | |
|---|---|---|
| TICE CORPORATE CENTER | 115 EAST STEVENS AVENUE | 89 HEADQUARTERS PLAZA NORTH |
| 50 TICE BOULEVARD | SUITE 109 | SUITE 1465 |
| SUITE 380 | VALHALLA, NEW YORK 10595 | MORRISTOWN, NJ 07960 |
| WOODCLIFF LAKE, NEW JERSEY 07677 | | |
| **PHONE: 201-391-3737** | | |
| **FAX: 201-391-9360** | | |

**PLEASE RESPOND TO WOODCLIFF LAKE OFFICE**

<u>Sender's Email Address:</u>
Rsteinberg@pricemeese.com

November 19, 2024

<u>**Via ECF**</u>
Hon. Henry J. Ricardo, U.S. M.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:** <u>**Mediterranean Shipping Company (U.S.A.) Inc. v. Royal Halo LLC**</u>
**Case No. 24-CV-2292 (JGLC)**
**Our File No. 9203.030815**

Dear Judge Ricardo:

      This law firm represents Plaintiff, Mediterranean Shipping Company (U.S.A.) Inc., in the above-referenced matter. Pursuant to decretal paragraph 1 of your Honor's Scheduling Order for Damages Inquest entered and filed on November 15, 2024, please be advised that Plaintiff will rely on its prior submissions in lieu of Proposed Findings of Fact and Conclusions of Law in support of its request for entry of final judgment by default. By separate letter with a copy of the Order, I am advising the Defendant accordingly. Thank you for your Honor's consideration of this matter.

      Very truly yours,

      **Price Meese Shulman & D'Arminio, P.C.**

      /s/ Rick A. Steinberg

      Rick A. Steinberg

RAS/ras