UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025
```

MEDITERRANEAN SHIPPING COMPANY (USA) INC.,

                Plaintiff,

-v-

ROYAL HALO LLC,

                Defendant.

**ORDER**

24-CV-2292 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Order dated February 6, 2025, the Court directed Plaintiff to file and serve evidence in support of its relief sought by February 27, 2025. ECF No. 25. On February 18, 2025, Plaintiff filed the sworn affidavit of Gerome Stewart, the Assistant Manager – Uncleared and Abandoned Cargo Department for Plaintiff. ECF No. 26. The affidavit mentions an attached "Exhibit D" that purports to be copies of the booking confirmations for the cargo transported by Plaintiff showing Defendant as the consignee. ECF No. 26 ¶ 5. It appears that no Exhibit D was attached to or filed with this submission.

    By April 16, 2025, Plaintiff is directed to file and serve on Defendant a full and complete copy of the affidavit, including Exhibit D, filed on date. If the full and complete version of the affidavit is not filed by April 16, 2025, the Court will proceed by considering only the evidence on the docket, which may be insufficient to support the requested damages.

1

**SO ORDERED.**

Dated: April 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge